# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141950

DARREN FINDLING, Personal Representative
of the Estate of FRANK E. EARLY, Deceased,
          Plaintiff-Appellant,

v                                                    SC: 141950
                                                     COA: 291567
                                                     Oakland CC: 08-096920-NH
JEFFREY PARKER, M.D.,
          Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the September 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

d0228